SHAFFY MOEEL (State Bar. No. 238732)
Moeel Lah Fakhoury LLP
1300 Clay St, Suite 600
Oakland, CA 94612
Telephone: (510) 500-9994
shaffy@mlf-llp.com

Attorneys for Defendant
STEVEN FERNANDO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case Number: 21-CR-0089 JST |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING HEARING** |
| **STEVEN FERNANDO,** | |
| Defendant. | |

　　　Mr. Fernando was arraigned on June 1, 2021 and entered a not guilty plea to charges related to drug-trafficking. See ECF. No. 11. On that date, this Court ordered a bail hearing for Mr. Fernando to be heard on June 8, 2021. On June 8, 2021, the defense requested a continuance until June 10, 2021. See ECF. No. 16. The defense has since learned that Mr. Fernando's proposed surety cannot attend the hearing on June 10, 2021 because of an employment obligation.

　　　For this reason, the parties jointly request that the hearing be moved to June 17, 2021 at 1:00 p.m,.
SO STIPULATED.

Dated: June 9, 2021　　　　　　　　　　　　　　　　　STEPHANIE HINDS

STIPULATION AND ORDER CONTINUING
21-cr-0089-JST

|  |  |
|---|---|
|  | Acting United States Attorney |
|  | /s/ |
|  | CHRISTINA LIU |
|  | Assistant United States Attorney |
| Dated: June 9, 2021 | /s/ |
|  | SHAFFY MOEEL |
|  | Attorney for Mr. Fernando |

ORDER

Accordingly, and for good cause shown, THE COURT ORDERS THAT:

Mr. Steven Fernando's bail hearing previously set for June 10, 2021 at 1:00 p.m. shall be continued to June 17, 2021 at 1:00 p.m.

IT IS SO ORDERED.

DATED: June 9, 2021

_____
HON. DONNA RYU
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED — Judge Donna M. Ryu*